UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT HADDAD,

                Plaintiff,              CIVIL ACTION NO. 04-CV-71158-DT

    vs.

                                    DISTRICT JUDGE BERNARD A. FRIEDMAN

SEARS ROEBUCK AND CO.,      MAGISTRATE JUDGE MONA K. MAJZOUB

                Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Before the Court is Plaintiff's Third Motion to Compel Answers to Interrogatories and Request for Production of Documents (RPD)which has been referred to the undersigned for hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A).  The parties argued the matter on September 26, 2005.  Consistent with the discussion before the Court, Plaintiff's Motion to Compel is **GRANTED**.  With respect to Plaintiff's Interrogatories Nos. 7 and 8 and Request for Production of Documents Nos. 3 and 29, Defendant is ordered to revise its responses to indicate that all documents responsive to the same that are within the knowledge and control of Defendant have been produced to Plaintiff.

Defendant is further ordered to supplement and revise its response to Plaintiff's Request for Production of Document No. 22 to include the documents discussed in Court and relating to Farmer's resignation.  Defendant is also ordered to supplement and revise its response to RPD No. 22 to indicate that all documents responsive to the same that are within the knowledge and control of Defendant have been produced to Plaintiff.  Costs are denied to both sides.

**IT IS SO ORDERED.**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this

Order within which to file any written appeal to the District Judge as may be permissible under 28

U.S.C. 636(b)(1).


Dated: September 27, 2005                         s:/ Mona K. Majzoub
                                                  MONA K. MAJZOUB
                                                  UNITED STATES MAGISTRATE JUDGE




**Proof of Service**

I hereby certify that a copy of this Order has been served upon Counsel of Record on this
date.

Dated: September 27, 2005                         s/ Lisa C. Bartlett
                                                  Courtroom Deputy